# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Bruce Derrick Calhoun

                V.                              **JUDGMENT IN A CIVIL CASE**

Please see attached

                                            CASE NUMBER:    11CV2697-BTM(WMC)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff was Granted leave to file an amended complaint on or before January 31, 2012. Plaintiff did not file an amended complaint. The Case is Dismissed without prejudice.

| February 10, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON February 10, 2012 |

Attachment to 11CV2697-BTM(WMC) Judgment

Bruce Derrick Calhoun

    Plaintiff,

V.

County of San Diego;
U.S. Grant Plaza Hotel;
Navy;
San Diego County Sheriffs Department;
San Diego Police Department;
U.S. Navy;
U.S. Air Force;
Judge Sabraw;
Judge Stormes;
Social Security;
Ten Fifty B Apartment;
Block Bwter;
Alvarado Behavioral Health System;
Dr. Ricail;
UAMC;
Dr. Pandry;
Walmart;
Ralphs;
COS;
Boys and Girls Club;
VEN;
FBI;
OSI;
CIA;
NSA;
Homeland Security

Defendants.